1456

## MOTION DOCKET

**94–594.** State ex rel. Enyart v. O'Neil. *Franklin County*, No. 93APD10–1424. On request for oral argument. Request denied.

**94–1413.** Malone v. Courtyard by Marriott L.P. *Franklin County*, No. 93APE10–1407. On motion to clarify court order. Motion denied.

**94–2104.** State ex rel. Edwards v. Toledo City School Dist. Bd. of Edn. *Lucas County*, No. L–94–206. On request for oral argument. Request denied.

**94–2134.** State v. Dillon. *Montgomery County*, No. 10138. On request for oral argument. Request granted.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.